UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:
William O'Bryant
448 Walton Avenue, #512
Hummelstown, PA 17036
*Full name(s) of Plaintiff(s)*

COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

v.

CIVIL ACTION
NO._____

Robert Half International
-AND-
Dormakaba USA
*Full name(s) of Defendant(s)*

This action is brought for discrimination in employment pursuant to (check only those that apply):

    X    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
           *NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

    X    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
           *NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

    X    Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
           *NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

    X    Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.    Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name: William O'Bryant
Street Address: 448 Walton Avenue, #512
County, City: Dauphin County, Hummelstown
State & Zip: PA 17036
Telephone Number: 267-227-0043

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant    Name: Robert Half International    - See attached sheets.
Street Address: 1735 Market Street, 25th Floor
County, City: Philadelphia, PA
State & Zip: 19103
Telephone Number: 215-568-4580

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer: Dormakaba USA
Street Address: 100 Dorma Drive
County, City: Lancaster County - Reamstown
State & Zip: PA 17567
Telephone Number: 717-336-3881

**II.    Statement of the Claim**

A.  The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

\_\_\_\_   Failure to hire me

  X    Termination of my employment

\_\_\_\_   Failure to promote me

-2-

__X__   Failure to reasonably accommodate my disability

__X__   Failure to reasonably accommodate my religion

_____   Failure to stop harassment

_____   Unequal terms and conditions of my employment

__X__   Retaliation

__X__   Other *(specify)*: __Age Discrimination__

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.   It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month)__October__, (day)__22nd__, (year)__2021__.

C.   I believe that the defendant(s) (check one):

_____   is still committing these acts against me.
__X__   is **not** still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*:

_____   race _____          _____   color _____

__X__   religion _____      _____   gender/sex _____

_____   national origin _____

__X__   age   My date of birth is __10/11/67__   *(Give your date of birth only if you are asserting a claim of age discrimination)*

E.   The facts of my case are as follow *(attach additional sheets of paper as necessary)*:

See attached sheets.

> **NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

## III. Exhaustion of Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: __11/25/21 & 4/5/22__ *(Date)*.

B. The Equal Employment Opportunity Commission *(check one)*:

    ____ has not issued a Notice of Right to Sue Letter.
    _X_ issued a Notice of Right to Sue Letter, which I received on Both on 9/28/22 *(Date)*.

> **NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    _X_ 60 days or more have passed.
    ____ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: __11/25/21 & 4/5/22__ *(Date)*.

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct *(check one)*:

    _X_ One year or more has passed.
    _X_ Less than one year has passed.

IV.     Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

- \_\_\_\_ Direct the defendant to hire the plaintiff.
- \_\_\_\_ Direct the defendant to re-employ the plaintiff.
- \_\_\_\_ Direct the defendant to promote the plaintiff.
- \_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
- \_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's religion.
- \_\_\_\_ Direct the defendant to (*specify*):_____
- **X** If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
- \_\_\_\_ Other (*specify*):_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of December, 2022

Signature of Plaintiff  *[signature]*
Address     448 Walton Avenue, #512
            Hummelstown, PA
            17036

Telephone number   267-227-0043
Fax number (*if you have one*) _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Civil Division

| | |
|---|---|
| William O'Bryant<br>448 Walton Avenue, #512<br>Hummelstown, PA 17036<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>See attached.<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | William O'Bryant |
   | Street Address | 448 Walton Avenue, #512 |
   | City and County | Hummelstown - Dauphin County |
   | State and Zip Code | PA 17036 |
   | Telephone Number | 267-227-0043 |
   | E-mail Address | compucare@comcast.net |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Robert Half International
- Job or Title (if known):
- Street Address: 1735 Market Street, 25th Floor
- City and County: Philadelphia
- State and Zip Code: PA 19103
- Telephone Number: 215-568-4580
- E-mail Address (if known):

**Defendant No. 2**
- Name: Dormakaba USA
- Job or Title (if known):
- Street Address: 100 Dorma Drive
- City and County: Reamstown - Lancaster County
- State and Zip Code: PA 17567
- Telephone Number: 717-336-3881
- E-mail Address (if known):

**Defendant No. 3**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Age discrimination, religious discrimination, disability discrimination, wrongful termination. i.e. Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and the Age Discrimination in Employment Act.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

  The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

  Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Wrongful termination. Plaintiff was terminated on October 29th, 2021, just days after (1) requesting disability accommodations for his back problems and had previously reported that he had degenerative disc disease, and (2) for informing both Robert Half International and Dormakaba management that he intended to request the religious exemption in lieu of receiving the Covid vaccination which Dormakaba was attempting to force upon all employees/contractors

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached sheets.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff hereby requests relief in the amount of $300,000 for: (1) Unlawful discrimination on the basis of disability pursuant to the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12112, (2) retaliation by termination of employment for requesting Constitutionally-protected religious exemptions, (3) Unlawful discrimination and retaliation by termination of employment on the basis of non-job-related handicap or disability in violation of Section 5(a) of the Pennsylvania Human Relations Act, and (4) Violation of the Age Discrimination Act of 1975.

Plaintiff respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendant and award damages, including back pay, front pay, compensatory and punitive damages, costs and interest, and enter an Order enjoining Defendant(s) from engaging in discriminatory practices in violation of the Pennsylvania Human Relations Act, as amended, and award Plaintiff any other available legal or equitable relief as the Court deems appropriate.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/15/2022

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: William O'Bryant

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Division

| | |
|---|---|
| William O'Bryant, 448 Walton Avenue, #512, Hummelstown, PA 17036<br><br>Plaintiff,<br><br>vs.<br><br>Robert Half International, 1735 Market Street, 25th Floor, Philadelphia, PA 19103<br><br>-AND-<br><br>Dormakaba USA, 100 Dorma Way, Reamstown, PA 17567<br><br>Defendant(s) | Case No.:<br><br>STATEMENT OF CLAIM |

### III. STATEMENT OF CLAIM

1. I was hired by Robert Half International for their client, Dormakaba, located in Reamstown, PA.
2. The role was as a standard Desktop Support Technician.
3. I was told by Morgan Komatick, Robert Half's recruiting agent who contacted me about the role, that the position would be ongoing and permanent, but that I would not be solicited for direct hire by their client.
4. On the first day, Mitchell Lawrence asked me to help him move items out of a security cage located on the production floor. I informed him that I had back problems due to previous accidents in which I was rear-ended, as well as degenerative disc disease, and so

I could not be moving heavy items. The items turned out to be used monitors which he wanted me to clean first, and minor boxes having little weight, such as toner cartridges for their copying machines, so I was able to do as he requested without issue. Later that morning during a conference call between myself, Mitchell Lawrence, John Carter and Michael Reeves, Mitchell informed them that I had a bad back during a minor break in the conversation but his comment went ignored. It was my first day after all, and everything was going fine. Though I was not happy being used to do their monkey work none of their own employees wanted to do by using Clorox wipes to clean approximately 25 old monitors caked with dust and dirt from the production floor and clearing out some of the mess they made of their own security cage, since it was my first day, I did the work without complaint. But still, I should point out that I was hired as a Desktop Support Technician because I have over 20 years' experience, not a cleaning lady or a laborer, so inwardly I didn't appreciate being taken advantage of like that. The only reason I continued in the role after that is because Mitch Lawrence promised that the computer work would begin the next day, which it did.

5. Three days after beginning the job, Mitch Lawrence, who by the way was not my supervisor nor did I state that he was, informed me that he had been previously promoted to Project Manager and would be working from home beginning that upcoming Monday. I thought nothing of it at first, but then the next morning when I got up to get ready to go in, I realized that meant I would be working alone, handling all the desktop support needs for the entire location, by myself, and that changed things. It meant I would be under my own supervision, dealing with all the technical issues that came my way, including employee requests and walk-ups, and that changed the role from Desktop Support Technician to Desktop Support Manager. After all, I had recently done this same exact role for another business, I was there for a year and a half as their Desktop Support

Manager, and that role was no different than the one with Dormakaba, and that previous role is likely why they hired me in the first place. In fact, that business was about three times smaller than Dormakaba's location, and yet I was being paid more. It was then that I realized the position was deliberately misrepresented, most likely to get away with offering a lower rate of pay. During lunch time I had then called Morgan Komatick from my car and informed her, and told her that if I'm going to be managing the entire building by myself then I should be appropriately compensated. I specifically also remember saying, "After all, more responsibility means more money. That's the way it works," and she agreed.

6. On the fourth day, not long after I arrived for work the next morning, I called and spoke to Morgan and Abigail's boss, if I recall correctly, Christopher Devine. I told him the situation and that I would be in charge of the entire location, after which -and let me stress this point- HE OFFERED an extra $2.00 per hour, and I accepted. I did not "*demand*," anything, as they are claiming. As an avid professional, I informed him of the situation, I *requested* a higher pay rate, he approved, and he offered the additional compensation. After that, everything was fine and I continued on in the role.

7. On the morning of Friday, October 22nd, 2021, Derek Wissler came into the IT Office and informed me about a company meeting he was going to hold outside in the parking lot, and oddly, invited me to attend. I say "oddly" because I wasn't an employee, but I told him I'd be there. When I went outside, all of the employees in the entire company were in attendance. Derek Wissler then informed everyone that, and I quote, "since you are all federal contractors, you will be required to be vaccinated." The moment he said that I didn't agree with it, (1) because he said nothing about accommodating any religious exemptions, and (2) because I immediately felt that he was likely pushing a false narrative from their management in effort to force the vaccines upon everyone within

their employ, because to state that "all Dormakaba employees are federal subcontractors," especially when most, if not all of those employees actually work directly for Dormakaba itself as regular employees and not in fact directly for the federal government, nor are required to physically visit any federal government facilities, was an obvious effort to that purpose and was specifically meant to secure their continued financial gain without disruption. Some time after that meeting took place, I also called and spoke to Morgan Komatick and told her about it, and stated I was going to request the religious exemption.

8. Knowing in advance that I had the right to request a religious accommodation and not wanting to lose my job, that weekend I also did some research regarding religious exemptions and the rules, the vaccines, their known side effects, and mortality rates. What I discovered was downright startling, to say the least, so on Monday, October 25th, 2021, I informed John Carter by way of Microsoft Teams that intended to opt for a religious exemption. He never once responded and completely ignored me. (See submitted screenshot evidence, text sent that morning at 8:57am.)

9. Later that same day I went to Derek Wissler's office, asked him to accompany me back to my office, and I showed him the https://openvaers.com/covid-data/mortality website because I was concerned that he stated during the meeting that previous Friday that the company had chosen the Pfizer vaccine, which in accordance with the aforementioned website, had the most fatalities. I thought that was important information and someone should be made aware of it, which is why I asked him to come to my office in the first place, yet he just blew off the data as if he didn't care, shrugged it off as if it meant nothing and then went back to his office. I also texted the link through MS Teams to John Carter and Michael Reeves (see submitted screenshot evidence, text sent at 1:57pm); and once again received no reply whatsoever. In the end, it was not my responsibility to

- 4 -

inform their employees of the information I had discovered, so I didn't mention it to anyone else and just dropped the matter.

10. The next day, on Tuesday, October 26th, Mitch Lawrence had mentioned checking shipping to see if there were any boxes which had to be brought up to the IT office and if so, bring them upstairs. Later that afternoon I had gone down to check, and found there were numerous very large boxes meant for the IT office. I pushed one to determine its weight, and it was heavy. When I got back upstairs, I informed Mitch, sending him a text through MS Teams. (See submitted screenshot evidence, text sent at 1:34pm, and associated texts thereafter.) I specifically informed him that there was no way I could take all those boxes upstairs, I also had no medical, so I requested that other arrangements be made, and even suggested locking them all in a room downstairs instead of having to drag it all up to the second floor. One minute later, at 1:35pm, he replied, "Can you work with David Patton to get help carrying them up?" In my mind, that meant he expected me to call David Patton and ask him to help ME move the boxes up, because that's exactly what he meant. He did not say, "Can you call David Patton and have him get some people to carry them up?" I therefore replied accordingly, after which, only then did he claim he was, "suggesting to work with David to get some other folks to carry them up."

11. The morning of October 28th, 2021, while entering my hours in the Robert Half app on my cell phone, I discovered they were advertising my position. So, later that morning after I got in, I did a Teams call with John Carter to ask a question about the Dell 8420 series laptops, then said, "So John. I have another question. Is tomorrow my last day?" He paused for like 5 seconds, then said, "Why, did you speak to Robert Half?" I said no, and that I found my job being advertised in their app. After that he said I should call them, which then pretty much confirmed in my mind they were planning on terminating

- 5 -

me the next day on Friday. It was specifically because of this discovery that I was able to make the screenshot evidence. Not long after I then received a call from Abigail Fox from Robert Half. She apologized profusely and assured me it had nothing to do with job performance or anything I did wrong, and toward the end of the call I specifically remember her saying, "Okay well, let's get you back working again," meaning they were going to find me another assignment, which here in retrospect they never did.

12. The next day, on Friday, October 29th, 2021, I drove into work, only to find Mitch sitting in the lobby waiting for me. My badge wouldn't even open the door, so clearly it was their intention to not even let me work at all that Friday, thereby wasting my time and gas driving all the way back there for no reason. I had then called Morgan Komatick on my way back home to tell her that they locked me out, then I mentioned during that discussion about finding my job being advertised in the app the day before, and she stated that their (Robert Half's) job advertisements remain up for at least three months. So, I took that to mean my finding my job being advertised was prophetic, since I actually was in fact going to be terminated that Friday.

In the end, I was terminated from a job that was supposed to be ongoing and permanent, working for Robert Half for their client, Dormakaba, just days after not only informing them vocally and in writing that I planned on requesting a religious exemption in lieu of receiving vaccination, but also just days after requesting accommodations regarding my back problems and the fact that I have degenerative disc disease. Neither party gave any specific reason for this, Abigail Fox from Robert Half specifically stated I did nothing wrong and it was not due to my job performance, and so the obvious reason is because I was being discriminated against. Had I said nothing about my back and neck problems or just submitted to being vaccinated, I would likely still be working there today and I fully believe that.

It should also be noted that same time period I was working for these companies, in Illinois, Northshore Health had also terminated any employees who refused vaccination, they did not provide any religious exemption accommodations, and so their employees filed a lawsuit against them that same month. Just last week or the week before the date of this statement, it was determined that Northshore was in violation of Title VII and the employees were awarded $10.2 million dollars for (1) not providing Constitutionally-protected religious exemptions, and (2) for blatantly terminating employees who refused to be vaccinated on those grounds.

I should hereby then also note Dormakaba's own Position Statement in which they said, *"It (Dormakaba) also communicated that employee could seek exemptions and/or accommodations to the requirement due to a qualified medical reason or sincerely held religious belief by completing an accommodation form and submitting it by November 8, 2021. Dormakaba later informed its vendors, like Robert Half, that no temporary worker, contractor, or vendor would be permitted to work on a Dormakaba work location without attesting to being fully vaccinated against COVID-19 or that they have an approved medical or religious accommodation through their employer."*

Obviously, that is not true because (1) my employment was terminated on Friday, October 29th, 2021, exactly one week after the company meeting took place, (2) my employment was terminated just days after I told Dormakaba employees (John Carter, Michael Reeves, and Mitchell Lawrence); as well as Morgan Komatick (Robert Half); that I was going to request the religious exemption, (3) I was never provided with any "exemption form" despite my informing all of them of that fact, and (4) I was also terminated just days after I requested physical accommodations. The paragraph above from their Position Statement also indicates that Dormakaba informed its vendors *after* November 8th, and well, I was terminated ten days before that date.

Dormakaba also claims that Robert Half is responsible for terminating my employment, but I suspect that is not true. <u>I fully believe that they are both equally liable, since it makes no sense for any recruiter or staffing agency to terminate their own perfectly good candidate working for one of their clients, who by the way *"did nothing wrong and was **not** terminated because of their performance,"* unless they both agreed to implement such action in unison</u>. It's abundantly clear that they just didn't like the fact that it was my intention to request a religious exemption and was refusing to be vaccinated, and that I also had back and neck problems along with degenerative disc disease due to my age, and was therefore too old and unable to move large oversized heavy boxes up two flights of steps to the IT office, so they retaliated by terminating my employment. They also lied to their employees by falsely claiming they were "federal contractors," and stated that individuals like myself working there through staffing agencies or recruiting companies were thereby "also required to be vaccinated," and it's abundantly clear that this action was specifically meant to protect their ability to make profits with no concern for anyone's Constitutionally-protected religious exemptions or the potential dangers of the vaccines, and so they lied to everyone to force vaccinations. In closing, it should also be noted for the purposes of specificity of timeframe how quickly they retaliated by performing the action of termination. They did so <u>just days</u> after (1) making my disability accommodation request, and at the same time (2) after informing them it was my intention to avail myself of my Constitutionally-protected religious exemptions in lieu of being vaccinated, and I have photographic evidence of these written requests which were submitted to the EEOC, which were taken the day before they terminated my employment.

Dated this 15th day of December, 2022

By: _____

PLAINTIFF

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
William O'Bryant, 448 Walton Avenue, #512, Hummelstown, PA 17036

**(b)** County of Residence of First Listed Plaintiff: **Dauphin**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Dormakaba USA & Robert Half International

County of Residence of First Listed Defendant: **Lancaster**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [x] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [x] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act, and Wrongful Termination

Brief description of cause:
Failure of employer to provide accomodations for neck and back injuries sustained in previous auto accidents, failure to provide religious exemptions

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** 300,000
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____